**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00647-CMA-MJW

DAVID V. WADSWORTH,

    Plaintiff,

v.

THE MEDIATION GROUP,

    Defendant.

---

**ORDER ADOPTING BANKRUPTCY JUDGE'S PROPOSED FINDINGS AND CONCLUSIONS IN A NON-CORE PROCEEDING**

---

This matter is before the Court on the Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Verified Motion for Default Judgment on Non-Core Claims (Doc. # 13) and the Order and Request for Entry of Final Order and Judgment by District Court (Doc. # 2) of United States Bankruptcy Judge A. Bruce Campbell regarding Plaintiff David V. Wadsworth, Trustee's Verified Motion for Default Judgment.

In reviewing a bankruptcy judge's proposed findings and conclusions in a non-core proceeding, this Court conducts a *de novo* review "of any portion of the bankruptcy judge's findings of fact or conclusions of law to which any specific written objection has been made. . . ." Fed. R. Bktrcy. Proc. 9033(d); *see also* 28 U.S.C. § 157(c)(1). No objections to Bankruptcy Judge Campbell's Proposed Findings of Fact and Conclusions of Law have been filed, and the time for doing so has expired.

Accordingly, the Court will adopt the Proposed Findings of Fact and Conclusions of Law and grant the Trustee's motion for default judgment.

Accordingly, it is ORDERED that:

1. The findings and conclusions contained in Bankruptcy Judge Campbell's Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Verified Motion for Default Judgment on Non-Core Claims (Doc. # 13) are ADOPTED as the opinion of this Court;

2. For the reasons stated in the Proposed Findings of Fact and Conclusions of Law, the Trustee's motion for default against Defendant The Mediation Group (Doc. # 4) is GRANTED;

3. Judgment is entered in Plaintiff's favor and against Defendant The Mediation Group, on Plaintiff's First Claim for Relief in the amount of $19,500.00, plus attorney's fees in the amount of $1,845.00, and costs in the amount of $293.00; provided that any recovery by Plaintiff on the judgment entered by the Bankruptcy Court on Plaintiff's Third Claim for Relief shall be credited against eh judgment on the First Claim for Relief; and

4. Plaintiff's Second Claim for Relief is DISMISSED.

5. This case is DISMISSED IN ITS ENTIRETY.

DATED:  March __10__, 2014

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge